THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Thomas Curtis Hamilton, Appellant.
 
 
 

Appeal From Charleston County
 Honorable R. Knox McMahon, Circuit Court
Judge

Unpublished Opinion No. 2009-UP-448
 Submitted September 1, 2009  Filed
October 7, 2009    

APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM: Thomas Hamilton
 appeals his first-degree burglary conviction, arguing the trial court erred in denying his motion to
 suppress the victim's identification of him because the identification was the
 product of an unduly suggestive show-up.  After a
 thorough review of the record and counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
 appeal and grant counsel's motion to be relieved.[1]  
APPEAL
 DISMISSED.
SHORT,
 WILLIAMS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.